**Order entered November 19, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00051-CR

### LUCAS LEONARDO PERILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80963-2013**

## ORDER

The Court **REINSTATES** the appeal.

On November 10, 2015, we granted the motion of Craig Price to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant on the appeal. We have received the trial court's order appointing Karen Chelsey as appellant's new attorney. Accordingly, we **DIRECT** the Clerk to list Karen Chesley as appellant's appointed attorney of record.

The appeal remains set for submission, without argument, on December 9, 2015.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE